United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**FILED**
March 1, 2007

Charles R. Fulbruge III
Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY - 2 2007

LORETTA G. WHYTE
CLERK

No. 05-30712

D.C. Docket No. 2:03-CV-1605 R

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

    Plaintiff - Appellee

v.

E.I. DU PONT DE NEMOURS & CO, doing business as DuPont Specialty Chemicals

    Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans.

Before JONES, Chief Judge, and REAVLEY and PRADO, Circuit Judges.

### J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and reversed in part in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: MAY 0 1 2007

\_\_ Fee_____
\_\_ Process_____
X Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No._____

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy

New Orleans, Louisiana  MAY 0 1 2007